**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.     **ED CV 22-1489-JFW(SPx)**                              Date:  October 7, 2022

Title:     Monique Harris, et al. -v- Landsea Homes Corporation, et al.

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**        **ATTORNEYS PRESENT FOR DEFENDANTS:**
              None                                                                             None

**PROCEEDINGS (IN CHAMBERS):**        **ORDER TO SHOW CAUSE RE: SANCTIONS**

     Based on Defendants Landsea Homes Corporation and LS-Ontario LLC's (collectively, "Defendants") Report on Meet and Confer Conferences Regarding Defendants' Anticipated Motions, I.E.: (1) Motion to Compel Arbitration, and (2) Motion to Expunge Lis Penden ("Report"), it appears that Plaintiff Monique Harris ("Harris"), who is an attorney and is representing herself and Plaintiff Kalimba Harris, failed to participate in the drafting of the Local Rule 7-3 Joint Report regarding Defendants' anticipated Motions as required by paragraph 5(b) of the Court's Standing Order, filed on August 26, 2022 (Docket No. 12).  Accordingly, Ms. Harris shall, on or before October 11, 2022, show cause in writing why she should not be sanctioned in the amount of $1,500.00 and/or why this action should not be dismiss for failure to comply with the Court's Standing Order.  No oral argument on this matter will be heard unless otherwise ordered by the Court. See Fed. R. Civ. P. 78; Local Rule 7-15. The Order to Show Cause will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the imposition of sanctions and the dismissal of this action.

     IT IS SO ORDERED.