Monique Harris (SBN 272467)
**HARRIS APC**
P.O. Box 2575
Fontana, CA 92334
Telephone: (909) 761-4826

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONIQUE HARRIS and KALIMBA HARRIS,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>LANDSEA HOMES CORPORATION, LS-ONTARIO LLC, and DOES 1-10,<br><br>　　　　Defendants | CASE NO.: 5:22-cv-01489<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>*[Assigned to the Hon. John F. Walter]* |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　**PLEASE TAKE NOTICE** that Monique Harris and Kalimba Harris (collectively "Plaintiffs") hereby give notice that this action is voluntarily dismissed without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: November 10, 2022　　　　　　HARRIS APC

　　　　　　　　　　　　　　　　　　/s/ Monique Harris
　　　　　　　　　　　　　　　　　　Monique Harris
　　　　　　　　　　　　　　　　　　Attorney at Law